**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANEI NUNEZ, individually and on behalf of all others similarly situated, | Case No. 1:22-CV-01185 |
| Plaintiff, | Hon. Manish S. Shah |
| v. | Hon. Magistrate Judge Gabriel A. Fuentes |
| CAPSTONE LOGISTICS, LLC, | |
| Defendant. | |

### JOINT REPORT

Pursuant to the Court's December 12, 2022 Order (ECF No. 28) (the "Order"), Plaintiff Anei Nunez ("Plaintiff" or "Nunez") and Defendant Capstone Logistics, LLC ("Defendant" or "Capstone") (together, the "Parties") submit the following Joint Report regarding the status of arbitration proceedings:

1.      This case has been stayed pending arbitration of Nunez's claims under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ECF No. 22.

2.      On February 7, 2023, Plaintiff filed an arbitration demand against Capstone with the AAA alleging violations of BIPA.

3.      The AAA set a March 15, 2023 deadline for Capstone to answer the claim and for the parties to submit their arbitrator selection list.

4.      The AAA has not yet scheduled dates for an initial case management conference or a hearing on the merits for Nunez's demand.

5.      In light of Plaintiff having initiated arbitration proceedings with the AAA, the Parties jointly request that the Court enter an order requiring the Parties to file a subsequent joint

status report within 30 days of the conclusion of arbitration notifying the Court that the arbitration

proceedings have concluded.

Respectfully submitted,

**PLAINTIFF ANEI NUNEZ**

Dated: March 9, 2023      By: */s/ Mara Baltabols*
                                One of Plaintiff's Attorneys
                                David Fish
                                (dfish@fishlawfirm.com)
                                Mara Baltabols
                                (mara@fishlawfirm.com)
                                FISH POTER BOLAÑOS, P.C.
                                200 East Fifth Avenue, Suite 123
                                Naperville, IL 60563
                                Telephone: (630) 634-9889

                                **DEFENDANT CAPSTONE LOGISTICS, LLC**


                          By:  */s/ Gerald L. Maatman, Jr. (with permission)*
                                One of Defendant's Attorneys

                          Gerald L. Maatman, Jr.
                          gmaatman@duanemorris.com
                          Jennifer A. Riley
                          jariley@duanemorris.com
                          Tyler Z. Zmick
                          tzzmick@duanemorris.com
                          DUANE MORRIS LLP
                          190 South LaSalle Street, Suite 3700
                          Chicago, Illinois 60603
                          Telephone:     (312) 499-6700
                          Facsimile:      (312) 499-6701

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served via ECM/CF filing system on March 9, 2023 to all counsel of record.


/s/*Mara Baltabols*
Mara Baltabols