# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANEI NUNEZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:22-CV-01185 |
| v. | Hon. Manish S. Shah |
| CAPSTONE LOGISTICS, LLC, | |
| Defendant. | |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Anei Nunez and Defendant Capstone Logistics, LLC, by and through their counsel, hereby request that the Court dismiss this action in its entirety with prejudice pursuant to settlement, with each party to bear its own attorneys' fees, expenses, and costs in connection with this action. It is hereby stipulated and agreed that this action be dismissed with prejudice, all matters in controversy for which the action was brought having been settled.

AGREED:

[*Signatures appear on next page.*]

Dated: January 26, 2024                          Dated: January 26, 2024

ANEI NUNEZ                                       CAPSTONE LOGISTICS, LLC


/s/ Mara A. Baltabols (with permission)          /s/ Gerald L. Maatman, Jr.
_____                  _____
David Fish                                       Gerald L. Maatman, Jr.
(dfish@fishlawfirm.com)                          (gmaatman@duanemorris.com)
Mara A. Baltabols                                Jennifer A. Riley
(mara@fishlawfirm.com)                           (jariley@duanemorris.com)
FISH POTTER BOLAÑOS, P.C.                        Tyler Zmick
111 E. Wacker Dr., Suite 2300                    (tzmick@duanemorris.com)
Chicago, Illinois 60601                          DUANE MORRIS LLP
Telephone: (312) 861-1800                        190 S. La Salle St., Suite 3700
                                                 Chicago, Illinois 60603
*Attorneys for Plaintiff*                        Telephone: (312) 499-6700

                                                 *Attorneys for Defendant*

WHEREFORE, IT IS ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE.

DATED:                                           ENTERED:

                                                 _____
                                                 Hon. Manish S. Shah


*Order prepared by:*

Gerald L. Maatman, Jr.
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Tel. (312) 499-6710
GMaatman@duanemorris.com

*Attorney for Defendant*

2

## **CERTIFICATE OF SERVICE**

  I, Gerald L. Maatman, Jr., an attorney, certify that on January 26, 2024, I caused a true and correct copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

                /s/ *Gerald L. Maatman, Jr.*
                Gerald L. Maatman, Jr.